# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD LEE MITCHELL,<br><br>  Petitioner<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>  Respondents | Case No.: 2:20-cv-02044-JAD-EJY<br><br>**Order Granting Motion for Copy of Petition**<br><br>[ECF No. 7] |

On December 14, 2020, the court dismissed Richard Lee Mitchell's *pro se* 28 U.S.C. § 2254 petition for writ of habeas corpus without prejudice as unexhausted, and judgment was entered.[1] Mitchell now seeks a copy of his original filing in order to pursue his state-court remedies.[2] Good cause appearing,

IT IS HEREBY ORDERED that petitioner's motion for copy of original filing **[ECF No. 7] is GRANTED**. IT IS FURTHER ORDERED that the Clerk is directed to **SEND** to petitioner one copy of his filing at ECF No. 4.

Dated: February 10, 2021

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF Nos. 3, 6.
[2] ECF No. 7.